IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Corey D. Comperatore,<br>Helen L. Comperatore,<br>　　　　Debtor(s)<br><br>PNC Bank NA,<br>　　　　Movant<br><br>v.<br><br>Corey D. Comperatore,<br>Helen L. Comperatore,<br>　　　　Respondent(s) | Bankruptcy No.: 07-27059-JAD<br><br>Chapter 13<br><br>Related to Claim No. 8-1 |

**MOTION TO REOPEN CHAPTER 13 CASE**
*(For Purposes of Restricting Access to Non-Public Personal Information)*

**COMES NOW,** PNC Bank NA ("Secured Creditor"), pursuant to Fed. R. Bankr. P. 5010 and 11 U.S.C. § 350(b), and moves this Court to reopen the instant Chapter 13 case for cause, and as grounds thereof states as follows:

1. Upon review of the documents filed in this case, Secured Creditor has identified issues regarding redaction of non-public personal information. Pursuant to W.PA.LBR 9037-1, attached hereto is the Request to Restrict Public Access to Claim (Local Bankruptcy Form 37).

2. Secured Creditor requests the Court reopen the instant case to restrict access to the affected documents and allow for remediation of these issues.

**WHEREFORE,** Secured Creditor, PNC Bank, N.A., respectfully requests this Honorable Court enter an order reopening the case, and for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

Robertson, Anschutz & Schneid, PL

By:/s/_Kevin Buttery
    Kevin Buttery, Esquire
    Id No. 319438
    10700 Abbott's Bridge Road
    Suite 170
    Duluth, GA 30097
    470-321-7112
    kbuttery@rascrane.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Corey D. Comperatore,<br>Helen L. Comperatore,<br>        Debtor(s)<br><br>PNC Bank NA,<br>        Movant<br><br>v.<br><br>Corey D. Comperatore,<br>Helen L. Comperatore,<br>        Respondent(s) | Bankruptcy No.: 07-27059-JAD<br><br>Chapter 13<br><br>Related to Claim No. 8-1 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 15, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Corey D. Comperatore
588 Sarver Road
Sarver, Pa 16055

Helen L. Comperatore
588 Sarver Road
Sarver, Pa 16055

and

By Electronic Notification:

Kenneth M. Steinberg
Steidl & Steinberg
Suite 2830 Gulf Tower.
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                Respectfully Submitted,

                Robertson, Anschutz & Schneid, PL
                6409 Congress Avenue, #100
                Boca Raton, FL 33487
                Tel: (561) 241-6901
                Fax: (561) 241 -1969

                By: /s/ Kayan Johnson_____
                Kayan Johnson
                Email: kjohnson@rasflaw.com