# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Corey D. Comperatore,<br>Helen L. Comperatore,<br>      Debtor(s)<br><br>PNC Bank NA,<br>      Movant<br><br>v.<br><br>Corey D. Comperatore,<br>Helen L. Comperatore,<br>      Respondent(s) | Bankruptcy No.: 07-27059-JAD<br><br>Chapter 13<br><br>Related to Claim No. 8-1 |

## REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM

Pursuant to W.PA.LBR 9037-1 and understanding that the redaction of any information other than the identifiers specifically enumerated in Fed. R. Bankr. P. 9037 requires a separate motion and Court approval, under penalty of perjury, the **UNDERSIGNED HEREBY CERTIFIES** that:

    1.    PNC Bank NA filed a proof of claim, Claim No. 8-1 in the above-captioned case on January 7, 2008, which contains one or more of the identifiers enumerated in Fed. R. Bankr. P. 9037.

    2.    On November 15, 2019, PNC Bank NA filed an amended claim on the claims register in compliance with W.PA.LBR 3002-2(a), a copy of which is attached hereto, and the only change made to the original claim is the redaction of personal identifiers.

3. I am requesting that the Court take whatever steps are necessary to restrict public access to the unredacted claim.

Respectfully Submitted,

Robertson, Anschutz & Schneid, PL

By:/s/ Kevin Buttery
    Kevin Buttery, Esquire
    Id No. 319438
    10700 Abbott's Bridge Road
    Suite 170
    Duluth, GA 30097
    470-321-7112
    kbuttery@rascrane.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Corey D. Comperatore,<br>Helen L. Comperatore,<br>　　　Debtor(s)<br><br>PNC Bank NA,<br>　　　Movant<br><br>　　　　　v.<br><br>Corey D. Comperatore,<br>Helen L. Comperatore,<br>　　　Respondent(s) | Bankruptcy No.: 07-27059-JAD<br><br>Chapter 13<br><br>Related to Claim No. 8-1 |

**CERTIFICATE OF SERVICE OF
REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM**

　　　I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 15, 2019.

　　　The types of service made on the parties were,

By First-Class Mail:

Corey D. Comperatore
588 Sarver Road
Sarver, Pa 16055

Helen L. Comperatore
588 Sarver Road
Sarver, Pa 16055

and

By Electronic Notification:

Kenneth M. Steinberg
Steidl & Steinberg
Suite 2830 Gulf Tower.
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                Respectfully Submitted,

                Robertson, Anschutz & Schneid, PL
                6409 Congress Avenue, #100
                Boca Raton, FL 33487
                Tel: (561) 241-6901
                Fax: (561) 241 -1969

                By: /s/ Kayan Johnson_____
                     Kayan Johnson
                     Email: kjohnson@rasflaw.com