**NOTICE:**

Please be advised that this corrected document is filed in connection with the redaction of certain potentially confidential personal information in a document previously filed in your bankruptcy case by the creditor identified herein.  This corrected document is otherwise identical to the original document in all respects.  The substance of the document has not been changed in any way.

| WESTERN DISTRICT OF PENNSYLVAN | **PROOF OF CLAIM** | |
|---|---|---|
| In Re (Name of Debtor)<br><br>Debtor 1   Helen L Comperatore<br>Debtor 2<br>Debtor 3<br>Debtor 4 | Case Number<br>07-27059-JAD | |

Note: This form should not be used to make a claim for an adminstrative expense arrising after the commencement of the case. A "request" for payment of an a adminstrative expense maybe filed pursuant to 11 U.S.C. 503.

| Name of Creditor<br>(the person or other entity to whom the debtor owes money or property)<br><br>National City Bank | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Name and Address Where Notices Should be Sent:<br><br>National City Bank<br>P O BOX 94982<br>Cleveland, OH 44101<br>Telephone No. 866-622-6257 | ☐ Check box if you have never recieved any notices from the bankruptcy court in this case<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | CHAPTER           OF<br>BANKRUPTCY    CODE<br>UNDER  WHICH  CASE<br>IS          PROCEEDING: |
| Account or Other Number by which Creditor Identifies Debtor.<br><br>▮▮▮▮▮▮▮ | Check here if this Claim                              N/A<br>☐ Replaces          ☐ Amends | a previous field claim, dated. |

**1.   BASIS FOR CLAIM**

☐ Goods Sold
☐ Services Performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Unpaid compensations for services performed from
_____ (date)  to _____ (date)

| 2.   DATE DEBT WAS INCURRED<br>01/14/07 | 3.   IF COURT JUDGEMENT, DATE OBTAINED:<br>N/A |
|---|---|

4.   CLASSIFICATION OF CLAIM. under the Bankruptcy Code all claims are classified as one or more of the following (1) Unsecured Nonpriority, ( Unsecured Priority. (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM   $0.00

Attach evidence of perfection of security interest
Brief description of collateral:

☐ Real Estate   ☐ Motor Vehicle   ☒ Other  (Describe briefly)
NATIONAL CITY VISA

Amount of arrearage and other charges at time case filed
included in secured claim above, if any   $0.00

☒ UNSECURED NONPRIORITY CLAIM  $11,085.83

☐ UNSECURED CLAIM

Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $200), earned not more than 90 days before filing bankruptcy petition or cessation of the debtors business, whichever is earlier- 11 U.S.C. 507 (a)(3)

☐ Contributions to an employee benefit plan- U.S.C. 507(a)(4)

☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use- U.S.C. 507 (a)(6)

☐ Taxes or penalites of government units- 11 U.S.C. 507(a)(7)

☐ Other- 11 U.S.C. 507 (a)(2), (a)(5),(a)(8)- (Circle applicable)

| 5.   TOTAL AMOUNT OF CLAIM AT TIME CASE FILED: | $11,085.83<br>(Unsecured) | $0.00<br>(Secured) | _____<br>(Priority) | $11,085.83<br>(Total) |
|---|---|---|---|---|

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6.   CREDITS AN OFFSETS: The amount of all payments of this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

THIS SPACE FOR COURT USE ONLY

7.   SUPPORTING DOCUMENTS: Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8.   TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed: envelope and copy of this proof of claim.

| Date<br><br>January 2, 2008 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>/S/  Therese Green | |
|---|---|---|

```
 BS ████████████
COMPERATORE,HELEN L**588 SARVER RD**SARVE███████████████
                                                 CRCD 840      01/02/08 13:11
CUR BAL               11,085.83  STTS CD INT/EX X/Z  HOME PHONE    724-353-1492
CRDT LIMIT               10,000  CYCLE CODE       2Y WORK PHONE
AVLB CRDT                1,085-  OPEN DATE      01-07 SOC SEC #  ████████████
LS BAL                11,085.83  EXP DATE       12-09 CHECKING
PRV H BAL               11,086   PLST#   01 TYPE  1  SAVINGS
LST PMT AM                   24  LST PMT DT 08-02-07 ANNUAL CHARGE   00-00    0
AM DUE                    2,031  LST MON  12-05-07 Y CREDIT LINE     01-07    C

DSP              0    0   0  LST NM 12-06-07 791 FX PY AM                 0.00
AM DLQ                   1,753  AUTH FLG    PIN TR 0 RENEWAL CODE 6  CONTROL 0
# DAYS DELINQUENT          207  OVERLIMIT HIST    6 USER FLAGS        V
# TIMES 1 CYCLE             0   TERMS LEVEL       1 SPECIAL FLAGS         E
# TIMES 2 CYCLES            0   HIST 6543 KBQQ QQA  MISC F   ELIT
# TIMES 3 CYCLES            4   REAGE COUNTER    00 MONTHS GROSS ACTIVE    11
RECOURSE FLAG               N   STS CD CHG 12-05-07 DELQ SCENARIO         0002
CASH OUT                4,150   AUTO PAYMNT FLAG  0 SCORE:  BH   219  CR  000
YTD INT                  0.00   CRDT BUREAU FLAG  1 CREDIT LIFE 0 / DUALITY 1
CROSS REFERENCE 1  0000000000000000 2   0000000000000000 3  0000000000000000
```