# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Corey D. Comperatore,<br>Helen L. Comperatore,<br>        Debtor(s)<br><br>PNC Bank NA,<br>        Movant<br><br>v.<br><br>Corey D. Comperatore,<br>Helen L. Comperatore,<br>        Respondent(s) | Bankruptcy No.: 07-27059-JAD<br><br>Chapter 13<br><br>Related to Document No. 81 |

## **CERTIFICATE OF SERVICE**

    I, Kevin Buttery, Esquire, hereby certify that on November 19, 2019, the Order at Document No. 81, was served on the parties at the addresses below by electronic notification or first class regular mail as set forth below:

By First-Class Mail:

Corey D. Comperatore
588 Sarver Road
Sarver, Pa 16055

Helen L. Comperatore
588 Sarver Road
Sarver, Pa 16055

and

By Electronic Notification:

Kenneth M. Steinberg
Steidl & Steinberg
Suite 2830 Gulf Tower.
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                      Respectfully Submitted,

                      Robertson, Anschutz & Schneid, PL

                      By:/s/_Kevin Buttery
                          Kevin Buttery, Esquire
                          Id No. 319438
                          10700 Abbott's Bridge Road
                          Suite 170
                          Duluth, GA 30097
                          470-321-7112
                          kbuttery@rascrane.com