Docket Header Last Updated: 11/19/2019 03:39 pm

DISCHARGED, CLOSED

## U.S. Bankruptcy Court
## WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)
## Bankruptcy Petition #: 07-27059-JAD

| | |
|---|---|
| *Assigned to:* Judge Jeffery A. Deller | *Date filed:* 11/06/2007 |
| Chapter 13 | *Date reopened:* 11/18/2019 |
| Voluntary | |
| Asset | *Date terminated:* 11/18/2019 |
| | *Debtor discharged:* 02/14/2013 |
| *Debtor disposition:* Standard Discharge | *Joint debtor discharged:* 02/14/2013 |
| *Joint debtor disposition:* Standard Discharge | |
| | *Plan confirmed:* 04/29/2008 |
| | *341 meeting:* 01/07/2008 |

**Debtor**  
**Corey D. Comperatore**  
588 Sarver Road  
Sarver, Pa 16055  
BUTLER-PA  
SSN / ITIN: xxx-xx-3217

represented by **Kenneth M. Steinberg**  
Steidl & Steinberg  
Suite 2830 Gulf Tower.  
707 Grant Street  
Pittsburgh, PA 15219  
412-391-8000  
Email: julie.steidl@steidl-steinberg.com

**Joint Debtor**  
**Helen L. Comperatore**  
588 Sarver Road  
Sarver, Pa 16055  
BUTLER-PA  
SSN / ITIN: xxx-xx-6824

represented by **Kenneth M. Steinberg**  
(See above for address)

**Trustee**  
**Ronda J. Winnecour**  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  
412-471-5566

**U.S. Trustee**  
**Office of the United States Trustee**

Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
412-644-4756

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 11/18/2019 | 82 | Bankruptcy Case Closed. (nsha) (Entered: 11/18/2019) | Update/Redact |
| 11/18/2019 | 81 | Order The creditor's Motion to Reopen and Request to Restrict Public Access to Claim, filed at 79, are HEREBY GRANTED. The creditor shall serve this Order on the debtor and all persons whose personal identifiers have been redacted. The Clerk shall promptly close this case. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Deller. Signed on 11/18/2019. (RE: related document(s): 79 Motion to Reopen and Request to Restrict Public Access to Claim Number 8 -1). (nsha) (Entered: 11/18/2019) | Update/Redact |
| 11/15/2019 | 80 | Receipt of Reopen and Request to Restrict Public Access to Claim - PAWB Form 37 - CLOSED CASE(07-27059-JAD) [motion,respubcc] ( 25.00) filing fee. Receipt number 14754434, amount $ 25.00. (U.S. Treasury) (Entered: 11/15/2019) | Update/Redact |
| 11/15/2019 | **79** | Motion to Reopen and Request to Restrict Public Access to Claim Number 8 -1 Filed by Creditor PNC BANK NA. (Attachments: # 1 REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM # 2 Exhibit) (Buttery, Kevin) (Entered: 11/15/2019) | Update/Redact |
| 02/18/2014 | 77 | Bankruptcy Case Closed. 20 year disposition (lall) (Entered: 02/18/2014) | Update/Redact |
| 02/02/2014 | **76** | BNC Certificate of Mailing. (RE: related document(s): 75 Final Decree). Notice Date 02/02/2014. (Admin.) (Entered: 02/03/2014) | Update/Redact |
| 01/31/2014 | **75** | Final Decree Signed on 1/31/2014. Appeal Period Case Ready For Closing on 2/18/2014 . (lall) (Entered: 01/31/2014) | Update/Redact |
| 02/23/2013 | **74** | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 73 Order Approving Certificate of Completion). Notice Date 02/23/2013. (Admin.) (Entered: 02/24/2013) | Update/Redact |
| 02/20/2013 | **73** | Order Approving Certificate of Completion Signed on 2/20/2013. (RE: related document(s): 58 Chapter 13 Trustee's Certification of Completion of the Chapter 13 Plan). (lall) (Entered: 02/21/2013) | Update/Redact |
| 02/16/2013 | **72** | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 68 Order Vacating Order). Notice Date 02/16/2013. (Admin.) (Entered: 02/17/2013) | Update/Redact |
| 02/16/2013 | **71** | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 67 Order on Motion To Reconsider). Notice Date 02/16/2013. (Admin.) (Entered: 02/17/2013) | Update/Redact |
| 02/16/2013 | **70** | BNC Certificate of Mailing. (RE: related document(s): 69 Order Discharging Debtor(s)). Notice Date 02/16/2013. (Admin.) (Entered: 02/17/2013) | Update/Redact |

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 02/14/2013 | 69 | Order Discharging Both Debtors Signed on 2/14/2013. (RE: related document(s): 9 Meeting of Creditors Chapter 13 & 12). (lall) (Entered: 02/14/2013) | Update/Redact |
| 02/14/2013 | 68 | Order Vacating Order of 2/7/2013 Signed on 2/14/2013. (RE: related document(s): 58 Chapter 13 Trustee's Certification of Completion of the Chapter 13 Plan, 62 Order Approving Certificate of Completion). (lall) (Entered: 02/14/2013) | Update/Redact |
| 02/14/2013 | 67 | Order GRANTING Motion To Reconsider Order of Court Dated 2/7/2013 (Related Doc # 66) IT IS FURTHER ORDERED THAT the Order Closing Case Without a Discharge signed on 2/7/2013, Doc. #61, IS VACATED Signed on 2/14/2013. (lall) (Entered: 02/14/2013) | Update/Redact |
| 02/11/2013 | 66 | Motion to Reconsider *Order of Court dated February 7, 2013* Filed by Debtor Corey D. Comperatore, Joint Debtor Helen L. Comperatore (RE: related document(s): 61 Order -Non-motion related-). (Attachments: # 1 Proposed Order) (Steinberg, Kenneth) (Entered: 02/11/2013) | Update/Redact |
| 02/09/2013 | 65 | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 62 Order Approving Certificate of Completion). Notice Date 02/09/2013. (Admin.) (Entered: 02/10/2013) | Update/Redact |
| 02/09/2013 | 64 | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 61 Order -Non-motion related-). Notice Date 02/09/2013. (Admin.) (Entered: 02/10/2013) | Update/Redact |
| 02/08/2013 | 63 | Certification of Discharge Eligibility Filed by Debtor Corey D. Comperatore, Joint Debtor Helen L. Comperatore (Steinberg, Kenneth) (Entered: 02/08/2013) | Update/Redact |
| 02/07/2013 | 62 | Order Approving Certificate of Completion Signed on 2/7/2013. (RE: related document(s): 58 Chapter 13 Trustee's Certification of Completion of the Chapter 13 Plan). (lall) (Entered: 02/07/2013) | Update/Redact |
| 02/07/2013 | 61 | Order Signed on 2/7/2013 that certificates of discharge eligibility remains unfiled. THE CLERK OF THE US BANKRUPTCY SHALL CLOSE THIS CASE, WHEN APPROPRIATE, WITHOUT A DISCHARGE. (RE: related document(s): 55 Order Approving Final Report & Account). (lall) (Entered: 02/07/2013) | Update/Redact |
| 02/06/2013 | 60 | BNC Certificate of Mailing. (RE: related document(s): 59 Transfer of Claim filed by Creditor PRA Receivables Management, LLC). Notice Date 02/06/2013. (Admin.) (Entered: 02/07/2013) | Update/Redact |
| 02/01/2013 | 59 | Transfer of Claim:16 Transfer Agreement 3001 (e) 2 Transferor: National Capital Management, LLC (Claim No. 16) To Portfolio Recovery Associates, LLC Filed by PRA Receivables Management, LLC (Garcia, Dolores) (Entered: 02/01/2013) | Update/Redact |
| 01/31/2013 | 58 | Chapter 13 Trustee's Certification of Completion of the Chapter 13 Plan and Final Accounting. (vde13) (Entered: 01/31/2013) | Update/Redact |
| 01/31/2013 | 57 | UST Form 13-FR-S: Chapter 13 Standing Trustee Final Report and Account (vde13) (Entered: 01/31/2013) | Update/Redact |
| 01/19/2013 | 56 | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 55 Order Approving Final Report & Account). Notice Date 01/19/2013. (Admin.) (Entered: 01/20/2013) | Update/Redact |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2013 | 55 | Modified Default Order Approving Final Report & Account Signed on 1/16/2013. (RE: related document(s): 51 Chapter 13 Trustee's Application for Approval of Final Report of Completion of the Chapter 13 Plan and Trustee's Final Report and Account). (6) The Debtors SHALL FILE his/her Certificate of Discharge Eligibility by 2/6/13 or sanctions may be imposed.(lall) (Entered: 01/17/2013) Update/Redact |
| 12/28/2012 | 54 | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 51 Chapter 13 Trustee's Application for Approval of Final Report of Completion of the Chapter 13 Plan and Trustee's Final Report and Account filed by Trustee Ronda J. Winnecour). Notice Date 12/28/2012. (Admin.) (Entered: 12/29/2012) Update/Redact |
| 12/28/2012 | 53 | BNC Certificate of Mailing. (RE: related document(s): 52 Hearing Set on Trustee Application). Notice Date 12/28/2012. (Admin.) (Entered: 12/29/2012) Update/Redact |
| 12/26/2012 | 52 | Order Setting Hearing on Trustee's Application. If applicable, Debtor(s) SHALL FILE a Certification Of Discharge Eligibility, pursuant to 11 U.S.C. Section 1328, on or before the date set for filing responses (RE: related document(s): 51 Chapter 13 Trustee's Application for Approval of Final Report of Completion of the Chapter 13 Plan and Trustee's Final Report and Account filed by Trustee Ronda J. Winnecour). Hearing scheduled for 1/23/2013 at 11:00 AM at p04 Courtroom D, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 1/14/2013 . cm: All Parties (emar) (Entered: 12/26/2012) Update/Redact |
| 12/21/2012 | 51 | Trustee's Application for Approval of Final Report of Completion of the Chapter 13 Plan and Trustee's Final Report and Account. Filed by Ronda J. Winnecour. (vde13) (Entered: 12/21/2012) Update/Redact |
| 12/13/2012 | 50 | Response to Notice of Final Cure Mortgage Payment re: Rule 3002.1 (Claim # 1) with Certificate of Service Filed by Creditor PNC Mortgage Filed by PNC Mortgage (RE: related document(s): 48 Notice of Final Cure Mortgage Payment). (Taulbee, Mahala) (Entered: 12/13/2012) Update/Redact |
| 12/04/2012 | 49 | Receipt of Funds Received for Deposit into Registry Account. Receipt Number 5698, Fee Amount $19.99 (lall) (Entered: 12/05/2012) Update/Redact |
| 12/04/2012 | 48 | Notice of Final Cure Mortgage Payment re: Rule 3002.1 and Claim Number 1. Filed by Trustee Ronda J. Winnecour (vde13) (Entered: 12/04/2012) Update/Redact |
| 11/22/2012 | 47 | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 46 Order on Motion to Terminate Wage Attachment). Notice Date 11/22/2012. (Admin.) (Entered: 11/23/2012) Update/Redact |
| 11/20/2012 | 46 | Order Granting Motion to Terminate Wage Attachment (Jsp Int) (Related Doc # 45) Signed on 11/20/2012. (lall) (Entered: 11/20/2012) Update/Redact |
| 11/19/2012 | 45 | Motion to Terminate Wage Attachment. Employer: *JSP INT* Filed by Trustee Ronda J. Winnecour. (Attachments: # 1 Proposed Order) (vde13) (Entered: 11/19/2012) Update/Redact |
| 09/18/2012 | 44 | Financial Management Course Certificate for the completion of the course received on 09/14/2012. Filed by Joint Debtor Helen L. Comperatore (Steinberg, Kenneth) (Entered: 09/18/2012) Update/Redact |

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 09/18/2012 | 43 | Financial Management Course Certificate for the completion of the course received on 09/14/2012. Filed by Debtor Corey D. Comperatore (Steinberg, Kenneth) (Entered: 09/18/2012) | Update/Redact |
| 08/03/2012 | 42 | Notice of Claims Filed And Intention to Pay Claims (vde13) (Entered: 08/03/2012) | Update/Redact |
| 01/14/2009 | 41 | BNC Certificate of Mailing. (RE: related document(s): 39 Transfer of Claim filed by Creditor National Capital Management, LLC). Service Date 01/14/2009. (Admin.) (Entered: 01/15/2009) | Update/Redact |
| 01/12/2009 | 40 | Claim Status Correction (RE: related document(s): 39 Transfer of Claim filed by Creditor National Capital Management, LLC). (lall) (Entered: 01/12/2009) | Update/Redact |
| 01/11/2009 | 39 | Transfer of Claim: *Joint* Transfer Agreement 3001 (e) 2 Transferor: Roundup Funding, LLC (Claim No. 16) To National Capital Management, LLC Filed by National Capital Management, LLC (Wall, Christopher) (Entered: 01/11/2009) | Update/Redact |
| 01/01/2009 | 38 | BNC Certificate of Mailing. (RE: related document(s): 34 Transfer of Claim). Service Date 01/01/2009. (Admin.) (Entered: 01/02/2009) | Update/Redact |
| 01/01/2009 | 37 | BNC Certificate of Mailing. (RE: related document(s): 33 Transfer of Claim). Service Date 01/01/2009. (Admin.) (Entered: 01/02/2009) | Update/Redact |
| 12/30/2008 | 36 | Claim Status Correction (RE: related document(s): 34 Transfer of Claim). (jmic) (Entered: 12/30/2008) | Update/Redact |
| 12/30/2008 | 35 | Claim Status Correction (RE: related document(s): 33 Transfer of Claim). (jmic) (Entered: 12/30/2008) | Update/Redact |
| 12/30/2008 | 34 | Transfer of Claim(s) Transferor: FIA Card Services aka Bank of America (Claim No.13); To eCAST Settlement Corporation Filed by Becket,Alane. (Becket,Alane) (Entered: 12/30/2008) | Update/Redact |
| 12/30/2008 | 33 | Transfer of Claim(s) Transferor: FIA Card Services aka Bank of America (Claim No.14); To eCAST Settlement Corporation Filed by Becket,Alane. (Becket,Alane) (Entered: 12/30/2008) | Update/Redact |
| 09/11/2008 | 32 | BNC Certificate of Mailing. (RE: related document(s): 31 Transfer of Claim filed by Creditor PRA Receivables Management, LLC). Service Date 09/11/2008. (Admin.) (Entered: 09/12/2008) | Update/Redact |
| 09/08/2008 | 31 | Transfer of Claim:7 Transfer Agreement 3001 (e) 2 Transferor: LVNV Funding LLC its successors and assigns as (Claim No. 7) To Portfolio Recovery Associates, LLC Filed by PRA Receivables Management, LLC (Garcia, Dolores) (Entered: 09/08/2008) | Update/Redact |
| 09/06/2008 | 30 | BNC Certificate of Mailing. (RE: related document(s): 29 Transfer of Claim filed by Creditor PRA Receivables Management, LLC). Service Date 09/06/2008. (Admin.) (Entered: 09/08/2008) | Update/Redact |
| 09/03/2008 | 29 | Transfer of Claim:6 Transfer Agreement 3001 (e) 2 Transferor: LVNV Funding LLC its successors and assigns as (Claim No. 6) To Portfolio Recovery Assocs., LLC Filed by PRA Receivables Management, LLC (Garcia, Dolores) (Entered: 09/03/2008) | Update/Redact |

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 05/31/2008 | 28 | BNC Certificate of Mailing. (RE: related document(s): 26 Transfer of Claim). Service Date 05/31/2008. (Admin.) (Entered: 06/01/2008) | Update/Redact |
| 05/30/2008 | 27 | Claim Status Correction (RE: related document(s): 26 Transfer of Claim). (dkan, ) (Entered: 05/30/2008) | Update/Redact |
| 05/29/2008 | 26 | Transfer of Claim(s) Transferor:FIA Card Services aka Bank of America (Claim No.15);To eCAST Settlement Corporation Filed by Becket,Alane. (Becket,Alane) (Entered: 05/29/2008) | Update/Redact |
| 05/24/2008 | 25 | BNC Certificate of Mailing. (RE: related document(s): 24 Transfer of Claim filed by Creditor LVNV Funding LLC). Service Date 05/24/2008. (Admin.) (Entered: 05/25/2008) | Update/Redact |
| 05/21/2008 | 24 | Transfer of Claim:8 Transfer Agreement 3001 (e) 2 Transferor: NATIONAL CITY (Claim No. 8) To LVNV Funding LLC Filed by LVNV Funding LLC (Gaines, Susan) (Entered: 05/21/2008) | Update/Redact |
| 05/01/2008 | 23 | BNC Certificate of Mailing. (RE: related document(s): 21 Order Confirming Chapter 13 Plan and Setting Deadlines, ). Service Date 05/01/2008. (Admin.) (Entered: 05/02/2008) | Update/Redact |
| 04/29/2008 | 22 | Conciliation Conference Held 4/24/08 (RE: related document(s): 3 Chapter 13 Plan filed by Debtor Corey D. Comperatore, Joint Debtor Helen L. Comperatore). Confirmation order to be submitted. System order issued. (lall, ) (Entered: 04/30/2008) | Update/Redact |
| 04/29/2008 | 21 | Order Confirming Plan As Modified and Setting Deadlines for Certain Actions pursuant to the proceeding held on 4/24/2008. Signed on 4/29/2008 (RE: related document(s): 3 Chapter 13 Plan filed by Debtor Corey D. Comperatore, Joint Debtor Helen L. Comperatore). (jhel) (Entered: 04/29/2008) | Update/Redact |
| 01/19/2008 | 20 | BNC Certificate of Mailing. (RE: related document(s): 19 Order Confirming Chapter 13 Plan and Setting Deadlines, , ). Service Date 01/19/2008. (Admin.) (Entered: 01/21/2008) | Update/Redact |
| 01/17/2008 | 19 | Interim Order Confirming Plan As Modified and Setting Deadlines for Certain Actions pursuant to the proceeding held on 1/7/2008. Signed on 1/17/2008 (RE: related document(s): 3 Chapter 13 Plan filed by Debtor Corey D. Comperatore, Joint Debtor Helen L. Comperatore). Final Conciliation conference to be held on 4/24/2008 at 11:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. Contested hearing, IF NEEDED, to be held on 5/7/2008 at 02:30 PM at p04 Courtroom D, 54th Floor, US Steel Tower, Pittsburgh. (jhel) (Entered: 01/17/2008) | Update/Redact |
| 01/14/2008 | 18 | Supporting Documentation from 341 Meeting held 1/7/08. (RE: related document(s): 17 Meeting of Creditors Chapter 13 Held and Concluded filed by Trustee Ronda J. Winnecour). (dbun) (Entered: 01/14/2008) | Update/Redact |
| 01/09/2008 | 17 | Meeting of Creditors Chapter 13 Held and Concluded on 1/7/2008 Filed by Ronda J. Winnecour (RE: related document(s): 9 Meeting of Creditors Chapter 13 & 12, ). (vde13, ) (Entered: 01/09/2008) | Update/Redact |
| 12/07/2007 | 16 | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 15 Order on Motion to Attach Wages). Service Date 12/07/2007. (Admin.) (Entered: 12/08/2007) | Update/Redact |

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 11/30/2007 | 15 | Modified Amended Order Granting Motion to Attach Wages (Related Doc # 14) Signed on 11/30/2007. (lall, ) (Entered: 12/05/2007) | Update/Redact |
| 11/29/2007 | 14 | Amended Motion to Attach Wages. Employer: *JSP International LLC* Filed by Debtor Corey D. Comperatore. (Attachments: 1 Proposed Order Amended) (Steinberg, Kenneth) (Entered: 11/29/2007) | Update/Redact |
| 11/20/2007 | 13 | Creditor Request for Notices on Behalf of Filed by Recovery Management Systems Corporation (Singh, Ramesh) (Entered: 11/20/2007) | Update/Redact |
| 11/18/2007 | 12 | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 3 Chapter 13 Plan filed by Debtor Corey D. Comperatore, Joint Debtor Helen L. Comperatore). Service Date 11/18/2007. (Admin.) (Entered: 11/19/2007) | Update/Redact |
| 11/18/2007 | 11 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s): 9 Meeting of Creditors Chapter 13 & 12, ). Service Date 11/18/2007. (Admin.) (Entered: 11/19/2007) | Update/Redact |
| 11/17/2007 | 10 | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 7 Order on Motion to Attach Wages). Service Date 11/17/2007. (Admin.) (Entered: 11/18/2007) | Update/Redact |
| 11/16/2007 | 9 | Meeting of Creditors 341(a) meeting to be held on 1/7/2008 at 02:00 PM p60 3251 U.S. Steel Tower, Pittsburgh. Last day to oppose dischargeability due by 3/7/2008 . Proofs of Claims due by 4/7/2008 . Confirmation hearing to be held on 1/7/2008 at 02:00 PM p60 3251 U.S. Steel Tower, Pittsburgh. (lall, ) (Entered: 11/16/2007) | Update/Redact |
| 11/16/2007 | 8 | Declaration Re: Electronic Filing (RE: related document(s): 1 Voluntary Petition Chapter 13, filed by Debtor Corey D. Comperatore, Joint Debtor Helen L. Comperatore). (lall, ) (Entered: 11/16/2007) | Update/Redact |
| 11/14/2007 | 7 | Modified Order Granting Motion to Attach Wages (Related Doc # 6) Signed on 11/14/2007. (lall, ) Modified on 11/15/2007 (lall, ). (Entered: 11/15/2007) | Update/Redact |
| 11/09/2007 | 6 | Motion to Attach Wages. Employer: *JSP International LLC* Filed by Debtor Corey D. Comperatore. (Attachments: 1 Proposed Order) (Steinberg, Kenneth) (Entered: 11/09/2007) | Update/Redact |
| 11/07/2007 | 5 | Notice of Filing Deficiencies. Assigned Judge: Deller. Appointed Trustee: Winnecour. In accordance with Local Rule 1017-2, the United States Trustee is deemed to have filed a motion to dismiss the bankruptcy case pursuant to the appropriate provision of the Bankruptcy Code. The bankruptcy case will be dismissed without further notice and hearing if the deficiencies specified in the first entry of the bankruptcy docket are not corrected within the time period set forth in the entry. At any time before the date set for entry of an order of dismissal, the debtor (1) may file a motion requesting a hearing at which time debtor shall show cause why the case should not be dismissed for deficiencies or (2) may file a motion and proposed order seeking an extension of time. (RE: related document(s): 1 Voluntary Petition Chapter 13, filed by Debtor Corey D. Comperatore, Joint Debtor Helen L. Comperatore). (DECLARATION OF ELECTRONIC FILING) (lall, ) (Entered: 11/07/2007) | Update/Redact |
| 11/06/2007 | 4 | Receipt of Voluntary Petition Chapter 13(07-27059) [misc,volp13] ( 274.00) filing fee. Receipt number 4143247, amount $ 274.00. (U.S. Treasury) (Entered: 11/06/2007) | Update/Redact |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2007 | 3 | Chapter 13 Plan *Combined With Claims By Debtor Pursuant To Rule 3004*. Plan Dated 11/5/2007. Filed by Corey D. Comperatore, Helen L. Comperatore (RE: related document(s): 1 Voluntary Petition Chapter 13, ). (Steinberg, Kenneth) (Entered: 11/06/2007) Update/Redact |
| 11/06/2007 | 2 | Certificate of Credit Counseling for briefing received on 9/28/2007. Filed by Debtor Corey D. Comperatore, Joint Debtor Helen L. Comperatore (Steinberg, Kenneth) (Entered: 11/06/2007) Update/Redact |
| 11/06/2007 | 1 | Chapter 13 Voluntary Petition . Fee Amount $274 Filed by Corey D. Comperatore, Helen L. Comperatore Government Proof of Claim due by 5/5/2008 . Chapter 13 Plan due 11/21/2007 . Declaration Re: Electronic Filing due 11/21/2007 . (Steinberg, Kenneth) (Entered: 11/06/2007) Update/Redact |